**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| CAREMINDERS HOME CARE, INC.,<br><br>Petitioner,<br><br>v.<br><br>CONCURA, INC., JAMES DUNN, and SONYA DUNN,<br><br>Respondents. | Civil Action No. 1:15-cv-00890-RWS |

## DECLARATION OF MICHAEL J. BRESLIN

I, MICHAEL J. BRESLIN, hereby declare:

1. My name is Michael J. Breslin. I am over the age of 21 and I am competent to provide the testimony set forth in this Declaration. I have knowledge of the facts stated in this Declaration, based on, among other things, my personal knowledge acquired by serving as lead counsel in this arbitration proceeding, as well as my review of the records of Kilpatrick, Townsend & Stockton, LLP ("Kilpatrick Townsend") generated in connection with this matter, including the invoices I personally reviewed and that the firm billed throughout the course of my firm's representation of CareMinders Home Care, Inc. ("CareMinders") in this proceeding.

2. I make this Declaration in support of CareMinders' motion for an award of attorneys' fees, in connection with the Court's confirmation of the arbitration award rendered in CareMinders' favor in the arbitration proceeding styled *James Dunn and Concura, Inc. v. CareMinders Home Care, Inc. et al.*, AAA No. 30 114 01047 13 (the "Award").

3. I am a senior associate at Kilpatrick Townsend and I have, together with James F. Bogan III, a partner at Kilpatrick Townsend, served as lead counsel for CareMinders in this case until recently. As lead counsel, Mr. Bogan and I supervised the lawyers and other professionals who worked on this matter for CareMinders. Kilpatrick Townsend is an Atlanta-based law firm that has represented CareMinders in franchise-related matters for a number of years.

4. I am a 2005 graduate of the University of Georgia School of Law and a member of the State Bar of Georgia. I have been in a litigation practice since my admission to the Georgia Bar in 2005 and have been a lawyer in Kilpatrick Townsend's litigation department since that time, as well. I have substantial experience representing corporate clients in a wide variety of cases, including commercial disputes. I have extensive in-court and trial experience. My practice

focuses on complex litigation, technology litigation, class action cases, and appellate work.

5. Litigation associate Ross D. Andre assisted me in this case. Mr. Andre is a 2011 graduate of Emory University School of Law. Mr. Andre's responsibilities touched on all aspects of this confirmation proceeding.

6. Other attorneys at Kilpatrick Townsend provided more limited assistance in this matter.

7. As is customary in this type of commercial litigation matter, I also was assisted by non-attorney timekeepers. Paralegal Rebecca M. Griffis was responsible for case management generally. With respect to the confirmation proceeding in particular, Ms. Griffis filed the case, arranged for service of process, and otherwise managed the docket.

8. The use of non-attorney timekeepers is customary in this type of litigation matter, by using specialists at lower hourly rates to assist with tasks such as electronic data production and evidence preparation and presentation.

9. As part of Kilpatrick Townsend's normal business practice, attorneys and other timekeepers tracked the time they worked on this matter using a computerized time entry and billing program. Kilpatrick Townsend requires its

lawyers and other timekeepers to track their time in every matter daily so that invoices can be prepared and delivered to the client on a regular (typically a monthly) basis. Each billing timekeeper routinely records his or her time, along with narratives describing the nature of the work performed, for each day, with the time specified for each specific task. Edited versions of these time entries and narrative appear on the monthly billing invoices presented by Kilpatrick Townsend to its clients.

10. As lead counsel, either Mr. Bogan or I was responsible for reviewing and approving each of the invoices for this matter before each one was submitted to CareMinders. As part of this review process, either Mr. Bogan or I removed time entries and their accompanying charges if they appeared excessive, incorrect, unreasonable, or duplicative.

11. Attached as Exhibit A to this Declaration are true and correct copies of the invoices delivered by Kilpatrick Townsend to CareMinders showing the fees and expenses CareMinders incurred in connection with this confirmation proceeding. Exhibit A also includes an unbilled "pro forma" for the fees and expenses most recently incurred by CareMinders in this proceeding. Exhibit A does not include any time incurred in the underlying arbitration proceeding or

otherwise include time that is not being sought by CareMinders through its motion for fees and expenses.[1] Exhibit A details the time entries created by the timekeepers who worked on this matter and which were reviewed according to the process described above. Exhibit A satisfies the criteria for "records of regularly conducted activity" set out in Federal Rule of Evidence 803(6), in that it reflects records of acts and events made at or near the time of those acts and events by persons with knowledge of those acts and events (the various timekeepers recording their work), and it was and is the regular course of Kilpatrick Townsend's business to generate such records and provide them to its clients.

12. The hourly rates charged by Kilpatrick Townsend to CareMinders are also reflected in Exhibit A.

13. The standard billing rates charged by Kilpatrick Townsend are developed by Kilpatrick Townsend through an analysis of relevant market data, including the rates charged by Kilpatrick Townsend's peer firms. Based on my experience of ten years in the Atlanta, Georgia legal community, I consider these standard rates to be reasonable, given the experience, qualifications, and skills

[1] The invoices contain various redactions to remover either (a) extraneous information internal to Kilpatrick Townsend's billing system or (b) expenses that were not traceable solely to the confirmation portion of this case, such as fees related to discovery databases that have continued following the arbitration.

possessed by the professionals employed by Kilpatrick Townsend. I believe Kilpatrick Townsend's competitiveness (both within the Atlanta legal market and more broadly) validates my opinion concerning the reasonableness of our rates.

14. The hourly rates for the timekeeping professionals that are the subject of this motion are as follows:

| Attorney/Paralegal | Hourly Rate |
|---|---|
| Michael J. Breslin | $465 |
| Ross D. Andre | $345 |
| Rebecca M. Griffis | $160 |

15. As Exhibit A shows, the fees billed to CareMinders by Kilpatrick Townsend in connection with the confirmation proceeding are $7,015.00.

16. All of the work reflected in the time entries set forth in Exhibit A, as well as all of the work reflected in the computerized data referenced above, was actually performed by Kilpatrick Townsend professionals. Moreover, all of this work was reasonably expended on this litigation. I know this because I supervised the work performed in this case by Kilpatrick Townsend. I performed a significant amount of the work myself.

17. Kilpatrick Townsend was successful in this case, in that CareMinders' petition to confirm the award was granted and Respondents' counterclaim to vacate the award was denied.

18. In an order entered on June 24, 2015, Judge Leigh May Martin of this Court found that the time spent and hourly rates charged by Kilpatrick Townsend in a similar confirmation proceeding were reasonable. *See CareMinders Home Care, Inc. v. Andrew Beck et al.*, No. 1:15-cv-509-LMM (Dkt. No. 18) (June 24, 2015).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2015.

Michael J. Breslin

# EXHIBIT A

KILPATRICK TOWNSEND

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

April 13, 2015

CAREMINDERS HOME CARE
11680 GREAT OAKS WAY, SUITE 100
ALPHARETTA, GA 30022

Client: 62515
Matter: 897065
Invoice #: 11618408

RE: JAMES DUNN/CONCURA, INC.

**For Professional Services Through March 31, 2015:**

| *Date* | *Initials* | *Description* | *Hours* | *Amount* |
|---|---|---|---|---|
| REDACTED | | | | |
| REDACTED | | | | |
| 03/25/2015 | MJB | REDACTED REDACTED work with client to develop strategy for confirmation and enforcement of final award (0.7). | 1.10 | 511.50 |
| REDACTED | | | | |
| 03/26/2015 | RDA | Draft and revise petition to confirm arbitration award. | 1.20 | 414.00 |
| 03/27/2015 | MJB | Review and revise petition for confirmation of arbitration award and corporate disclosure statement. | 0.30 | 139.50 |
| 03/27/2015 | RDA | Finalize confirmation materials for filing today. | 0.30 | 103.50 |
| 03/27/2015 | RMG | Prepare exhibits to Petition to Confirm Arbitration Award (0.7); draft civil cover sheet and summons (0.2); finalize and submit Petition with supporting documents to court (0.4). | 1.30 | 208.00 |
| 03/31/2015 | RMG | Review and analyze Petition and summons entered by court (0.3); coordinate service with process server (0.3). | 0.60 | 96.00 |

**Total Fees** **$1,605.50**

| *Summary* | *Timekeeper Name* | *Hours* | *Rate/Hour* | *Amount* |
|---|---|---|---|---|
| RDA | Ross D. Andre | 1.70 | 345.00 | 586.50 |
| MJB | Michael J. Breslin | 1.40 | 465.00 | 651.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| RMG | Rebecca M. Griffis | 2.30 | 160.00 | 368.00 |
| | **Totals** | **5.40** | | **$1,605.50** |

**TOTAL AMOUNT DUE THIS INVOICE** **$1,605.50**

***Payment Allocation***

| | ACE | | | Careminders | | |
|---|---|---|---|---|---|---|
| **Timekeeper Name** | **Hours** | **Rate** | **Value** | **Standard Rate** | **Rate** | **Value** |
| Ross D. Andre | 1.70 | 310.00 | 527.00 | **345.00** | 35.00 | 59.50 |
| Michael J. Breslin | 1.40 | 310.00 | 434.00 | **465.00** | 155.00 | 217.00 |
| Rebecca M. Griffis | 2.30 | 125.00 | 287.50 | **160.00** | 35.00 | 80.50 |
| | 5.40 | | 1,248.50 | | | 357.00 |
| Cost Expense | | | 0.00 | | | |
| Less Payment | | | 0.00 | | | 0.00 |
| **Balance Due** | | | **1,248.50** | | | **357.00** |

KILPATRICK TOWNSEND
ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

September 30, 2015

CAREMINDERS HOME CARE
11680 GREAT OAKS WAY, SUITE 100
ALPHARETTA, GA 30022

| | |
|---|---|
| Client: | 062515 |
| Matter: | 0897065 |
| Invoice #: | 11685468 |
| Int. Matter No. | JY13J0358413 |

RE: JAMES DUNN/CONCURA, INC.

**For Professional Services Through September 30, 2015:**

| *Date* | *Initials* | *Description* | *Hours* | *Amount* |
|---|---|---|---|---|
| 04/07/2015 | RMG | Correspond with process server regarding status of service. | 0.10 | 16.00 |
| 04/14/2015 | RMG | Correspond with process server regarding proofs of service. | 0.10 | 16.00 |
| 04/16/2015 | RMG | Correspond with process server regarding proofs of service; submit proofs of service to court. | 0.70 | 112.00 |
| 04/28/2015 | RDA | Review and analyze answer and counterclaim to confirmation petition. | 0.10 | 34.50 |
| 04/28/2015 | RMG | Review and analyze Answer and Counterclaim. | 0.20 | 32.00 |
| 04/29/2015 | MJB | Review and analysis of motion to vacate award; correspondence with Messrs. Schleicher and Kneller regarding strategy for response. | 2.20 | 1,023.00 |
| 04/29/2015 | RDA | Correspond with client regarding various issues related to counterclaim to vacate arbitration award. | 0.50 | 172.50 |
| 04/30/2015 | MJB | Strategy conferences with client concerning potential Rule 11 motion and strategy for obtaining confirmation of arbitration award. | 2.90 | 1,348.50 |
| 04/30/2015 | RDA | Correspond with client regarding various issues related to counterclaim to vacate arbitration award. | 0.40 | 138.00 |
| 05/04/2015 | RDA | Correspond with client regarding response to counterclaim. | 0.20 | 69.00 |
| 05/04/2015 | RMG | Draft answer to counterclaim. | 0.30 | 48.00 |
| 05/05/2015 | MJB | Drafting opposition and response to request to vacate arbitration award. | 1.60 | 744.00 |
| 05/05/2015 | RMG | Draft response to answer and counterclaim. | 0.30 | 48.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| *Date* | *Initials* | *Description* | *Hours* | *Amount* |
|---|---|---|---|---|
| 05/06/2015 | MJB | Drafting response to counterclaim. | 0.60 | 279.00 |
| 05/07/2015 | RDA | Review and revise response to counterclaim. | 0.40 | 138.00 |
| 05/11/2015 | MJB | Revising response to counterclaim and incorporating edits received from client, and drafting further revisions to response and adding memorandum of law in support of same. | 1.90 | 883.50 |
| 05/12/2015 | RDA | Review and finalize response to counterclaim for filing. | 0.10 | 34.50 |
| 05/12/2015 | RMG | Finalize response to counterclaim, including preparation of exhibits; submit same to court. | 1.20 | 192.00 |
| | | **Total Fees** | | **$5,328.50** |

| *Summary* | *Timekeeper Name* | *Hours* | *Rate/Hour* | *Amount* |
|---|---|---|---|---|
| MJB | Michael J. Breslin | 9.20 | 465.00 | 4,278.00 |
| RDA | Ross D. Andre | 1.70 | 345.00 | 586.50 |
| RMG | Rebecca M. Griffis | 2.90 | 160.00 | 464.00 |
| | **Totals** | **13.80** | | **$5,328.50** |

*Other Charges:*

| | | |
|---|---|---|
| 03/27/2015 | Filing Fees-Court - Filing Fees Expense of Lisa Wilkerson on 03/27/15 regarding Clerk's filing fee for Petition to Confirm Arbitration Award | 400.00 |
| | **Total Other Charges** | **$400.00** |

**TOTAL AMOUNT DUE THIS INVOICE** **$5,728.50**