**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| CAREMINDERS HOME CARE, INC.,<br><br>Petitioner,<br><br>v.<br><br>CONCURA, INC., JAMES DUNN, and SONYA DUNN,<br><br>Respondents. | Civil Action No. 1:15-cv-00890-RWS |

**FEE DECLARATION OF JOHN H. GOSELIN II**

I, JOHN H. GOSELIN II, hereby declare:

1. My name is John H. Goselin II. I am over the age of 21 and I am competent to provide the testimony set forth in this Declaration. I have knowledge of the facts stated in this Declaration, based on, among other things, my personal knowledge acquired by serving as lead counsel in this arbitration proceeding, as well as my review of the records of Freeman Mathis & Gary, LLP ("FMG") generated in connection with this matter, including the invoices I personally reviewed and that the firm billed throughout the course of my firm's representation of CareMinders Home Care, Inc. ("CareMinders") in this proceeding.

2. I make this Declaration in support of CareMinders' motion for an award of attorneys' fees, in connection with the Court's confirmation of the arbitration award rendered in CareMinders' favor in the arbitration proceeding

styled *James Dunn and Concura, Inc. v. CareMinders Home Care, Inc. et al.*, AAA No. 30 114 01047 13 (the "Award").

3. I am a partner in the Commercial and Complex Litigation practice group at FMG. I became lead counsel for CareMinders in this case beginning in April 2015. As lead counsel, I supervised the lawyers and other professionals who worked on this matter for CareMinders, formulated and directed the case strategy, and implemented the strategy and corresponding legal work for all aspects of the case. I used primarily a two-attorney (consisting of myself and one associate) and one paralegal team to handle the lion's share of this litigation.

4. I am a 1994 graduate of the University of Michigan School of Law and a member of the State Bar of Georgia. Prior to joining FMG, I was a partner at Duane Morris and the former Chief Litigation Counsel at Cetera Financial Group. I have substantial experience representing corporate clients in a wide variety of cases, including securities litigation and commercial disputes. I have extensive in-court and trial experience. My practice focuses on securities litigation, complex litigation and class actions, shareholder and derivative litigation, deal protection litigation, accountant and legal professional liability litigation and general commercial litigation.

5. Associate Elizabeth Bertschi worked closely with me on this case. Ms. Bertschi is a 1993 graduate of Emory University School of Law and a member of

the State Bar of Georgia. Before joining FMG, she was counsel at Alston & Bird, LLP. She has extensive litigation experience.

6. Of Counsel Jaime E. Davis worked closely with me in the representation of CareMinders upon joining FMG in July 2015. Ms. Davis is a 2007 graduate of Vanderbilt University Law School and a member of the State Bar of Georgia. Before joining FMG, she was a Senior Associate with King & Spalding LLP. She has eight years of complex litigation experience.

7. Other attorneys at FMG provided more limited assistance in this matter. T. Bart Gary is a founding partner of FMG and graduated from the University of Georgia law school. Mr. Gary is a member of the State Bar of Georgia. He was the key draftsman of the Supplement to the Petition to Confirm the Arbitration Award. Mr. Gary has more than 35 years of commercial law experience. Kristian Smith is an associate in the Commercial and Complex Litigation group. She is a 2015 graduate of Emory University School of Law.

8. As is customary in this type of commercial litigation matter, I also was assisted by non-attorney timekeepers. Senior Paralegal Tracey Tyler provided substantial and able support to myself , Ms. Davis and Ms. Bertschi. Ms. Tyler was responsible for case management generally, which included managing the files and preparing documents for use at the final hearing. In Ms. Tyler's absence, other paralegals provided limited assistance.

not being sought by CareMinders through its motion for fees and expenses.[1] Exhibit A details the time entries created by the timekeepers who worked on this matter and which were reviewed according to the process described above. Exhibit A satisfies the criteria for "records of regularly conducted activity" set out in Federal Rule of Evidence 803(6), in that it reflects records of acts and events made at or near the time of those acts and events by persons with knowledge of those acts and events (the various timekeepers recording their work), and it was and is the regular course of FMG's business to generate such records and provide them to its clients.

13. As lead counsel, I was responsible for reviewing and approving each of the invoices for this matter before they were submitted to CareMinders. As part of this review process, I removed time entries and their accompanying charges if they appeared excessive, incorrect, unreasonable, or duplicative, and, in certain instances.

14. The hourly rates charged by FMG to CareMinders are reflected in the invoices contained in Exhibit A.

15. The standard billing rates charged by FMG, as is the case with most law firms of similar size and practice scope, are developed by FMG through an

---

[1] The invoices contain various redactions to remover either (a) extraneous information internal to FMG's billing system or (b) expenses that were not traceable solely to the confirmation portion of this case, such as fees related to discovery databases that have continued following the arbitration.

analysis of relevant market data, including the rates charged by FMG's peer firms. Based on my experience of 10 years of litigating in the Atlanta, Georgia legal community, I consider these standard rates to be reasonable, given the experience, qualifications, and skills possessed by the professionals employed by FMG.

16. The hourly rates for the timekeeping professionals that are the subject of this motion are as follows:

| Attorney/Paralegal | Hourly Rate |
|---|---|
| T. Bart Gary | $230 |
| John H. Goselin, II | $230 |
| Jaime E. Davis | $230 |
| Elizabeth Bertschi | $195 |
| Kristian Smith | $107 |
| Tracey Tyler | $107 |

17. As evidenced by Exhibit A, the fees billed to CareMinders by FMG in connection with the confirmation proceeding are $2,522.60.

18. All of the work reflected in the time entries set out in the invoices in Exhibit A was actually performed by FMG professionals. Moreover, all of this work was reasonably expended on this litigation. I know this because I supervised and performed a significant amount of the work myself.

19. FMG was successful in this case, in that CareMinders' petition to confirm the award was granted and Respondents' counterclaim to vacate the award was denied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2015.

John H. Goselin II

# EXHIBIT A

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000



ACE Group
525 W. Monroe St, 8th Floor
Chicago IL 60661

July 31, 2015
Client Matter 5588-48230
Invoice number 172192

Attn: Keith Bergin

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

REDACTED

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/28/2015 | JHG | L460 | A104 | Attention to supplemental filing made by opposing counsel | 230.00 | 0.10 | |
| | JHG | L120 | A104 | Review and then forward recent incoherent filing from opposing side to clients | 230.00 | 0.20 | |
| 07/29/2015 | JHG | L120 | A106 | Review email communication from client requesting a supplemental filing and to prepare a Rule 11 letter and motion against counsel for Dunn and respond that supplemental filing is appropriate and that we will examine the Rule 11 issue | 230.00 | 0.20 | |
| 07/31/2015 | EB | L460 | A104 | Review pleadings in contemplation of obtaining certification of arbitrator's award | 195.00 | 1.30 | |
| | EB | L460 | A103 | Draft Supplement to Petition to Confirm Arbitration Award | 195.00 | 0.40 | |
| | | | | Total Services | | 2.30 | 457.20 |

PROFESSIONAL SUMMARY

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Tracey N. Tyler | Senior Paralegal | 0.10 | $107.00 | $10.70 |
| John H. Goselin | Partner | 0.50 | 230.00 | 115.00 |
| Elizabeth Bertschi | Associate | 1.70 | 195.00 | 331.50 |

ACE Group July 31, 2015

| | |
|---|---|
| Client Matter | 5588-48230 |
| Invoice number | 172192 |

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| | |
|---|---|
| Total amount of this statement | 457.20 |
| Previous Balance | $203.30 |
| Balance Due | $660.50 |

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 457.20 | 203.30 | 0.00 | 0.00 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| L120 | Analysis/Strategy | 102.70 | 0.00 |
| L100 | Totals | 102.70 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 354.50 | 0.00 |
| L400 | Totals | 354.50 | 0.00 |

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000

Page: 1
July 31, 2015

CareMinders Home Care, Inc.
178 South Main Street, Suite 300
Alpharetta GA 30009

Client Matter 5588-48230
Invoice number 172192

Attn: Brian Schleicher

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

**DUPLICATE STATEMENT**

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

REDACTED [redacted]

| Date | Timekeeper | Task | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 07/28/2015 | JHG | L460 | A104 | Attention to supplemental filing made by opposing counsel | 230.00 | 0.10 | |
| | JHG | L120 | A104 | Review and then forward recent incoherent filing from opposing side to clients | 230.00 | 0.20 | |
| 07/29/2015 | JHG | L120 | A106 | Review email communication from client requesting a supplemental filing and to prepare a Rule 11 letter and motion against counsel for Dunn and respond that supplemental filing is appropriate and that we will examine the Rule 11 issue | 230.00 | 0.20 | |
| 07/31/2015 | EB | L460 | A104 | Review pleadings in contemplation of obtaining certification of arbitrator's award | 195.00 | 1.30 | |
| | EB | L460 | A103 | Draft Supplement to Petition to Confirm Arbitration Award | 195.00 | 0.40 | |
| | | | | Total Services | | 2.30 | 457.20 |

PROFESSIONAL SUMMARY

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Tracey N. Tyler | Senior Paralegal | 0.10 | $107.00 | $10.70 |
| John H. Goselin | Partner | 0.50 | 230.00 | 115.00 |
| Elizabeth Bertschi | Associate | 1.70 | 195.00 | 331.50 |

CareMinders Home Care, Inc. July 31, 2015

Client Matter 5588-48230
Invoice number 172192

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| | |
|---|---|
| Total amount of this statement | 457.20 |
| Previous Balance | $203.30 |
| Balance Due | $660.50 |

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 457.20 | 203.30 | 0.00 | 0.00 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| L120 | Analysis/Strategy | 102.70 | 0.00 |
| L100 | Totals | 102.70 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 354.50 | 0.00 |
| L400 | Totals | 354.50 | 0.00 |

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000

Page: 1
August 31, 2015
Client Matter 5588-48230
Invoice number 172455

ACE Group
525 W. Monroe St, 8th Floor
Chicago IL 60661

Attn: Keith Bergin

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

| | | | | | Rate | Hours |
|---|---|---|---|---|---|---|
| 08/03/2015 | TBG | L460 | A103 | Draft and revise Supplement to Petition to Confirm Arbitration Award | 230.00 | 3.40 |
| | TBG | L460 | A102 | Legal research regarding standard for waiver of issues not briefed and argued | 230.00 | 0.40 |
| REDACTED | | | | | | |
| REDACTED | | | | | | |
| REDACTED | | | | | | |
| REDACTED | | | | | | |
| 08/10/2015 | JHG | L460 | A104 | Review, edit and revise supplemental brief/motion to petition to enforce arbitration award in order to try to push the court to confirm the arbitration award | 230.00 | 0.70 |
| | JHG | L460 | A106 | Respond to email proposal by Brian Schleicher regarding inserting Rule 54 motion for attorney's fees into the motion to supplement petition to confirm arbitration award and why that does not work | 230.00 | 0.20 |
| | EB | L460 | A103 | Revise Supplement to Petition to Confirm Arbitration | 195.00 | 0.30 |

ACE Group

August 31, 2015

Client Matter 5588-48230
Invoice number 172455

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| | | | | | Rate | Hours |
|---|---|---|---|---|---|---|
| | EB | L460 | A106 | Transmit Supplement to Petition to Confirm Arbitration to Brian Schleicher and Gary Kneller | 195.00 | 0.30 |
| 08/11/2015 | JHG | L460 | A104 | Final review and final edits of supplement/motion to confirm arbitration award to be filed in an effort to get Judge Story to approve arbitration award | 230.00 | 0.50 |
| | JHG | L320 | A107 | Review email communication from Evan Goldman requesting clarification regarding document production | 230.00 | 0.10 |
| | EB | L460 | A106 | Receipt and review of comments from Brian Schleicher regarding proposed Supplemental Brief in Support of Motion to Vacate | 195.00 | 0.20 |
| | EB | L460 | A103 | Revise supplemental brief to incorporate suggested changes and finalize brief for filing | 195.00 | 0.80 |

REDACTED

REDACTED

REDACTED

REDACTED

| | | |
|---|---|---|
| Total Services | 18.50 | 3,817.50 |

PROFESSIONAL SUMMARY

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| T. Bart Gary | Partner | 3.80 | $230.00 | $874.00 |
| John H. Goselin | Partner | 1.70 | 230.00 | 391.00 |
| Jaime Davis | Of Counsel | 0.50 | 230.00 | 115.00 |
| Elizabeth Bertschi | Associate | 12.50 | 195.00 | 2,437.50 |

| | |
|---|---|
| Total amount of this statement | 3,817.50 |
| Previous Balance | $660.50 |
| Balance Due | $4,478.00 |

ACE Group August 31, 2015

Client Matter 5588-48230
Invoice number 172455

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,817.50 | 457.20 | 203.30 | 0.00 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| L120 | Analysis/Strategy | 2171.50 | 0.00 |
| L100 | Totals | 2,171.50 | 0.00 |
| L320 | Document Production | 23.00 | 0.00 |
| L300 | Totals | 23.00 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 1623.00 | 0.00 |
| L400 | Totals | 1,623.00 | 0.00 |

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000

Page: 1
August 31, 2015
Client Matter 5588-48230
Invoice number 172455

CareMinders Home Care, Inc.
178 South Main Street, Suite 300
Alpharetta GA 30009

Attn: Brian Schleicher

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

**DUPLICATE STATEMENT**

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

| Date | | | | Description | Rate | Hours |
|---|---|---|---|---|---|---|
| 08/03/2015 | TBG | L460 | A103 | Draft and revise Supplement to Petition to Confirm Arbitration Award | 230.00 | 3.40 |
| | TBG | L460 | A102 | Legal research regarding standard for waiver of issues not briefed and argued | 230.00 | 0.40 |

REDACTED

REDACTED

REDACTED

REDACTED

| Date | | | | Description | Rate | Hours |
|---|---|---|---|---|---|---|
| 08/10/2015 | JHG | L460 | A104 | Review, edit and revise supplemental brief/motion to petition to enforce arbitration award in order to try to push the court to confirm the arbitration award | 230.00 | 0.70 |
| | JHG | L460 | A106 | Respond to email proposal by Brian Schleicher regarding inserting Rule 54 motion for attorney's fees into the motion to supplement petition to confirm arbitration award and why that does not work | 230.00 | 0.20 |
| | EB | L460 | A103 | Revise Supplement to Petition to Confirm Arbitration | 195.00 | 0.30 |

CareMinders Home Care, Inc.

August 31, 2015
Client Matter 5588-48230
Invoice number 172455

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| Date | Timekeeper | Task | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | EB | L460 | A106 | Transmit Supplement to Petition to Confirm Arbitration to Brian Schleicher and Gary Kneller | 195.00 | 0.30 | |
| 08/11/2015 | JHG | L460 | A104 | Final review and final edits of supplement/motion to confirm arbitration award to be filed in an effort to get Judge Story to approve arbitration award | 230.00 | 0.50 | |
| | JHG | L320 | A107 | Review email communication from Evan Goldman requesting clarification regarding document production | 230.00 | 0.10 | |
| | EB | L460 | A106 | Receipt and review of comments from Brian Schleicher regarding proposed Supplemental Brief in Support of Motion to Vacate | 195.00 | 0.20 | |
| | EB | L460 | A103 | Revise supplemental brief to incorporate suggested changes and finalize brief for filing | 195.00 | 0.80 | |
| REDACTED | | | | | | | |
| REDACTED | | | | | | | |
| REDACTED | | | | | | | |
| REDACTED | | | | | | | |
| | | | | Total Services | | 18.50 | 3,817.50 |

PROFESSIONAL SUMMARY

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| T. Bart Gary | Partner | 3.80 | $230.00 | $874.00 |
| John H. Goselin | Partner | 1.70 | 230.00 | 391.00 |
| Jaime Davis | Of Counsel | 0.50 | 230.00 | 115.00 |
| Elizabeth Bertschi | Associate | 12.50 | 195.00 | 2,437.50 |

| | |
|---|---|
| Total amount of this statement | 3,817.50 |
| Previous Balance | $660.50 |
| Balance Due | $4,478.00 |

CareMinders Home Care, Inc. August 31, 2015

Client Matter 5588-48230
Invoice number 172455

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,817.50 | 457.20 | 203.30 | 0.00 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| L120 | Analysis/Strategy | 2171.50 | 0.00 |
| L100 | Totals | 2,171.50 | 0.00 |
| L320 | Document Production | 23.00 | 0.00 |
| L300 | Totals | 23.00 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 1623.00 | 0.00 |
| L400 | Totals | 1,623.00 | 0.00 |

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000

Page: 1
September 30, 2015
Client Matter 5588-48230
Invoice number 173456

ACE Group
525 W. Monroe St, 8th Floor
Chicago IL 60661

Attn: Keith Bergin

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

| | | | | | Rate | Hours |
|---|---|---|---|---|---|---|
| REDACTED | | | | | | |
| REDACTED | | | | | | |
| REDACTED | | | | | | |
| 09/24/2015 | JHG | L210 | A104 | Review Order of the Court confirming the arbitration award and requiring the submission of fees and costs within seven days and review Judgment entered by the Clerk of the Court | 230.00 | 0.20 |
| 09/25/2015 | KNS | L250 | A104 | Review and analyze information to prepare fee petition and bill of costs | 107.00 | 0.10 |
| | EB | L460 | A104 | Receipt and review of Court's order granting petition to confirm to compare to arbitrator's award for accuracy | 195.00 | 0.20 |
| 09/28/2015 | KNS | L210 | A103 | Draft and revise Motion for Attorneys' Fees and Costs, including fee declarations from Michael Breslin and John Goselin | 107.00 | 2.50 |
| 09/29/2015 | KNS | L430 | A103 | Draft and revise fee declarations and exhibits to attach to Motion for Attorneys' Fees and Costs | 107.00 | 0.20 |

ACE Group

September 30, 2015
Client Matter 5588-48230
Invoice number 173456

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 09/30/2015 | KNS | C400 | A107 | Communicate (other outside counsel) by email to finalize Michael Breslin's fee declaration in order to file the Motion for Attorneys' Fees and Costs | 107.00 | 0.50 | |
| | KNS | L430 | A103 | Draft and revise fee declarations and Motion for Attorneys' Fees and Costs | 107.00 | 1.00 | |
| | | | | Total Services | | 11.90 | 1,426.20 |

PROFESSIONAL SUMMARY

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| John H. Goselin | Partner | 0.20 | $230.00 | $46.00 |
| Jaime Davis | Of Counsel | 0.90 | 230.00 | 207.00 |
| Elizabeth Bertschi | Associate | 0.20 | 195.00 | 39.00 |
| Kristian N. Smith | Associate | 10.60 | 107.00 | 1,134.20 |

| | |
|---|---|
| Total amount of this statement | 1,426.20 |
| Previous Balance | $4,478.00 |
| Balance Due | $5,904.20 |

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 5,243.70 | 0.00 | 457.20 | 203.30 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| C400 | Third Party Communication | 53.50 | 0.00 |
| C400 | Third Party Communication | 53.50 | 0.00 |
| L110 | Fact Investigation/Development | 207.00 | 0.00 |
| L100 | Totals | 207.00 | 0.00 |
| L210 | Pleadings | 313.50 | 0.00 |
| L250 | Other Written Motions and Submissions | 10.70 | 0.00 |
| L200 | Totals | 324.20 | 0.00 |
| L430 | Written Motions and Submissions | 128.40 | 0.00 |
| L440 | Other Trial Preparation and Support | 674.10 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 39.00 | 0.00 |
| L400 | Totals | 841.50 | 0.00 |

ACE Group

September 30, 2015
Client Matter 5588-48230
Invoice number 173456

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely

**FREEMAN MATHIS & GARY, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, Georgia 30339**
(770) 818-0000

Page: 1
September 30, 2015
Client Matter 5588-48230
Invoice number 173456

CareMinders Home Care, Inc.
178 South Main Street, Suite 300
Alpharetta GA 30009

Attn: Brian Schleicher

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

**DUPLICATE STATEMENT**

---

**DUE DATE: WITHIN 10 DAYS OF RECEIPT**

REDACTED

REDACTED

REDACTED

| | | | | | Rate | Hours |
|---|---|---|---|---|---|---|
| 09/24/2015 | JHG | L210 | A104 | Review Order of the Court confirming the arbitration award and requiring the submission of fees and costs within seven days and review Judgment entered by the Clerk of the Court | 230.00 | 0.20 |
| 09/25/2015 | KNS | L250 | A104 | Review and analyze information to prepare fee petition and bill of costs | 107.00 | 0.10 |
| | EB | L460 | A104 | Receipt and review of Court's order granting petition to confirm to compare to arbitrator's award for accuracy | 195.00 | 0.20 |
| 09/28/2015 | KNS | L210 | A103 | Draft and revise Motion for Attorneys' Fees and Costs, including fee declarations from Michael Breslin and John Goselin | 107.00 | 2.50 |
| 09/29/2015 | KNS | L430 | A103 | Draft and revise fee declarations and exhibits to attach to Motion for Attorneys' Fees and Costs | 107.00 | 0.20 |

CareMinders Home Care, Inc. September 30, 2015

Client Matter 5588-48230
Invoice number 173456

CareMinders Home Care v. James Dunn and
Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 09/30/2015 | KNS | C400 | A107 | Communicate (other outside counsel) by email to finalize Michael Breslin's fee declaration in order to file the Motion for Attorneys' Fees and Costs | 107.00 | 0.50 | |
| | KNS | L430 | A103 | Draft and revise fee declarations and Motion for Attorneys' Fees and Costs | 107.00 | 1.00 | |
| | | | | Total Services | | 11.90 | 1,426.20 |

PROFESSIONAL SUMMARY

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| John H. Goselin | Partner | 0.20 | $230.00 | $46.00 |
| Jaime Davis | Of Counsel | 0.90 | 230.00 | 207.00 |
| Elizabeth Bertschi | Associate | 0.20 | 195.00 | 39.00 |
| Kristian N. Smith | Associate | 10.60 | 107.00 | 1,134.20 |

| | |
|---|---|
| Total amount of this statement | 1,426.20 |
| Previous Balance | $4,478.00 |
| Balance Due | $5,904.20 |

Detail of Past Due Invoices

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 5,243.70 | 0.00 | 457.20 | 203.30 | 0.00 | 0.00 |

Task Code PROFESSIONAL SUMMARY

| | | | Disbursements |
|---|---|---|---|
| C400 | Third Party Communication | 53.50 | 0.00 |
| C400 | Third Party Communication | 53.50 | 0.00 |
| L110 | Fact Investigation/Development | 207.00 | 0.00 |
| L100 | Totals | 207.00 | 0.00 |
| L210 | Pleadings | 313.50 | 0.00 |
| L250 | Other Written Motions and Submissions | 10.70 | 0.00 |
| L200 | Totals | 324.20 | 0.00 |
| L430 | Written Motions and Submissions | 128.40 | 0.00 |
| L440 | Other Trial Preparation and Support | 674.10 | 0.00 |
| L460 | Post-Trial Motions and Submissions | 39.00 | 0.00 |
| L400 | Totals | 841.50 | 0.00 |

CareMinders Home Care, Inc.

September 30, 2015

Client Matter 5588-48230

Invoice number 173456

CareMinders Home Care v. James Dunn and Sonya Dunn
Claim# JY13J0606628 - E&O
Claim# JY13J0358413 - D&O

Payment due within 10 days of receipt, payable to

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Federal ID# 58-2288491

A finance charge of 1.5% may apply if payment is not received timely